**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dr. Felix Guzman Rivadeneira, on behalf of the thousands of federal detainees and their families here in United States of America and all over the world, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | ) ) | Case No. 1:15-cv-079 |
| Department of Homeland Security (D.H.S.), et. al., | ) ) ) | |
| Defendants. | ) | |

The Plaintiff initiated this action on June 15, 2015.  See Docket No. 1.  On June 24, 2015, Judge Miller issued a Report and Recommendation in which he recommended the application to proceed in forma pauperis be denied and the action be dismissed with prejudice as the Plaintiff had filed identical complaints in other federal district courts, and because North Dakota is not the proper venue for this action.  See Docket No. 7.  The parties were given fourteen days to file any objections to the Report and Recommendation.  No objections were filed although the Plaintiff filed a "motion to consider venue" on August 3, 2015.  See Docket No. 8.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive.  The action is frivolous and dismissal is warranted.  Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 7) in its entirety.  The application to proceed *in forma pauperis* (Docket No. 2) and motion to consider venue (Docket No. 8) are **DENIED** and the action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2015.

_/s/  Daniel L. Hovland_
Daniel L. Hovland, District Judge
United States District Court